CONSTANTIN CHEPURNY v. BOROUGH OF BARRINGTON, DE-
PARTMENT OF PUBLIC SAFETY & BUREAU OF POLICE.

September 5, 1986.

Petition for certification denied.

J. RICHARD GOLDSTEIN, M.D., COMMISSIONER, NEW JERSEY
DEPARTMENT OF HEALTH v. TRANSPLANT FOUNDATION
OF NEW JERSEY, INC.

September 5, 1986.

Petition for certification denied.

DANIEL COUNTERMAN v. ELIJAH TARD.

September 5, 1986.

Petition for certification denied.

EDWARD KUZMIER v. MAJ-LIS KUZMIER.

September 5, 1986.

Petition for certification denied.